Submitted on record and briefs January 10, vacated and remanded
February 13, 2002

## STATE OF OREGON,
*Appellant,*

*v.*

## DAVID RICHARD WEEKS,
*Respondent.*

## 9904104CR; A107908

40 P3d 574

Rolf C. Moan, Assistant Attorney General, filed the brief for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

No appearance for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

## PER CURIAM

The state appeals from a pretrial order excluding evidence of a urine test result and argues that the result in this case is controlled by our holding in *State v. Chipman*, 176 Or App 284, 31 P3d 478 (2001). The parties to this case agreed to rely on the record made to the trial court in *Chipman*.

In *Chipman* and in this case, the trial court excluded evidence of drug test results, holding that the results were obtained in violation of ORS 813.131(4) (1997). In our opinion in *Chipman*, we acknowledged that the statute required urine testing to be performed in accordance with federal guidelines provided by the National Institute of Drug Abuse (NIDA), but we also held that the pertinent NIDA guidelines apply only to marijuana, cocaine, opiates, phencyclidine, and amphetamines and the metabolites of those drugs. In this case, the results of defendant's urine test are not part of the record. The trial court excluded the results in their entirety. For the same reasons cited in our opinion in *Chipman*, the exclusionary order was error, insofar as it may have excluded test results not governed by the NIDA guidelines.

Vacated and remanded.